```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF GEORGIA
                           ATHENS DIVISION
```

ANTAWYN CARTER,                    *

    Plaintiff,                 *

vs.                                *

                                                    CASE NO. 3:24-cv-98
JUDGE CHRIS PHELPS, and PARKS      *
WHITE,
                                           *

    Defendants.
                                           *

## O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on February 13, 2025 is hereby approved, adopted, and made the Order of the Court.

The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 21st day of May, 2025.

                                              S/Clay D. Land  
                                              CLAY D. LAND  
                                              U.S. DISTRICT COURT JUDGE  
                                              MIDDLE DISTRICT OF GEORGIA